1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NOE GABRIEL GUTIERREZ RAMIREZ,           No.  2:14-cv-2934 KJN P

12                  Petitioner,

13         v.                                  ORDER

14   UNKNOWN,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed an application to proceed in forma

19   pauperis or paid the filing fee.

20         Petitioner is presently incarcerated at the Correctional Training Facility in Monterey

21   County.  He is serving a sentence for a conviction rendered by the Los Angeles County Superior

22   Court.

23         The general rule with regard to habeas applications is that both the United States District

24   Court in the district where petitioner was convicted and the District Court where petitioner is

25   incarcerated have jurisdiction over the claims.  See Braden v. 30th Judicial Circuit Court, 410 U.S.

26   484 (1973).  In the instant case, petitioner's conviction occurred in an area covered by the District

27   Court for the Central District of California.

28   ////

                                          1

1         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2   transferred to the United States District Court for the Central District of California.  Id. at 499

3   n.15; 28 U.S.C. § 2241(d).

4   Dated:  December 29, 2014

5

6   rami2934.108a

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28