**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GABRIEL GUTIERREZ RAMIREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UKNOWN, ) <br> ) <br> Respondent. ) <br> _____) | CASE NO. CV 15-00032 PSG (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 13, 2015

*[signature]*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE