**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GABRIEL GUTIERREZ RAMIREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNKNOWN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 15-00032 PSG (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of NOE GABRIEL GUTIERREZ RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 13, 2015

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE